IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15MC93

| | |
|---|---|
| THOMAS E. PEREZ, <br> Secretary of Labor, <br><br> Plaintiff, <br><br> Vs. <br><br> UNITED ASSOCIATES LIGHTING CORP. and ROSCOE WAGONER, <br><br> Defendants. | ORDER |

This matter is before the Court upon the Plaintiff's Petition for Adjudication of Civil Contempt as to United Associates Lighting Corp. and Roscoe Wagoner, filed October 14, 2015. Respondents have failed to respond to an Order entered by the Court on July 15, 2015 granting Plaintiff's Petition to Enforce and requiring them to fully respond to the underlying subpoena *duces tecum*. Accordingly,

IT IS THEREFORE ORDERED that Respondents United Associates Lighting Corp. and Roscoe Wagoner are hereby directed to appear before the Court on December 3, 2015 at 2:30 PM to show cause why they should not be held in civil contempt for failure and refusal to comply with the Court's July 15 Order.

Signed: November 3, 2015

Graham C. Mullen
United States District Judge